No. 04-98-00672-CV



IN RE ESTATE OF Alvina Mockert ECKERT, Deceased



From the Probate Court No. 2, Bexar County, Texas


Trial Court No. 95-PC-2692


Honorable Sandee Bryan Marion, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Tom Rickhoff, Justice

 Alma L. López, Justice


Delivered and Filed: February 17, 1999


DISMISSED


 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellees who have not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against appellant.

 PER CURIAM

DO NOT PUBLISH


Return to
4th Court of Appeals Opinions